UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VINCENT BURLINGAME, et al., | |
| Plaintiffs, | 2:11-CV-00960-PMP-RJJ |
| v. | |
| LAS VEGAS SANDS CORPORATION, et al., | ORDER |
| Defendants. | |

Having received correspondence from counsel for Defendants, which is filed separately under seal, and good cause appearing,

IT IS ORDERED that Plaintiffs shall file their opposition to Defendants' Motion for Protective Order (Doc. #23) under seal.

IT IS FURTHER ORDERED that the Court will commence the hearing on Defendants' Motion for Protective Order (Doc. #6) on September 1, 2011 in open court, and upon hearing arguments of counsel will determine at that time whether the proceedings thereafter will be sealed.

DATED: August 24, 2011

_____
PHILIP M. PRO
United States District Judge