1  PATRICK H. HICKS, ESQ., Bar # 4632
   RICK D. ROSKELLEY, ESQ., Bar # 3192
2  PETER D. NAVARRO, ESQ., Bar # 10168
   LITTLER MENDELSON
3  A Professional Corporation
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, NV  89169-5937
5  Telephone:    702.862.8800

6  Attorneys for Defendants
   LAS VEGAS SANDS CORP. AND VENETIAN
7  CASINO RESORT, LLC

8                 UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10 VINCENT BURLINGAME, an individual;    Case No.  2:11-cv-00960-PMP-RJJ
   RICHARD CARTY, an individual;
11 JAMES JACKSON, an individual;
   CHRISTOPHER LaCASCIA, an             **TEMPORARY RESTRAINING ORDER**
12 individual; JAMES MARTIN, an         **AND PRELIMINARY INJUNCTION**
   individual; JONATHAN MOLNAR, an
13 individual; BENJAMIN NESS, an
   individual; DeJUAN ROBINSON, an
14 individual; MICHAEL STATKIEWICZ,
   an individual,
15
                     Plaintiff,
16
             v.
17
   LAS VEGAS SANDS CORP., a Nevada
18 corporation; LAS VEGAS SANDS, LLC a
   Nevada limited liability company,
19 VENETIAN CASINO RESORT, LLC, a
   Nevada limited liability company; ZOHAR
20 LAHAV, in his individual and
   representative capacity,
21
                     Defendants.
22

23        This matter came before the Court on August 2, 2011 by way of the Emergency Application

24 for Temporary Restraining Order and Preliminary Injunction ("Application") [Doc. # 11] of

25 Plaintiffs James Jackson, Christopher LaCascia, James Martin, Jonathan Molnar, and DeJuan

26 Robinson ("Plaintiffs").  Plaintiffs were represented by Donald J. Campbell, Esq. and Philip R.

27 Erwin, Esq. of Campbell & Williams.  Defendants Las Vegas Sands Corp. and Venetian Casino

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Resort, LLC (collectively, "Defendants") were represented by Rick D. Roskelley, Esq. and Peter D. Navarro, Esq. of Littler Mendelson.   Following the hearing counsel for Plaintiffs and Defendants have agreed to and submitted a Proposed Temporary Restraining Order and Preliminary Injunction.

Upon careful consideration of the record before it, including Plaintiffs' Application, Defendants' Opposition to the Application ("Opposition") [Doc. # 15], exhibits and declarations submitted in support of the Opposition and Application, the arguments of counsel, and the parties' Proposed Temporary Restraining Order and Preliminary Injunction, Plaintiffs' Application is GRANTED to the limited extent set forth herein.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.      Defendants are restrained from reassigning Plaintiffs to positions as uniformed security officers.

2.      While thus restrained, Defendants are not required to place Plaintiffs in positions on the Executive Protection Team ("EPT") where Plaintiffs provide protective services to or where they are in direct contact with the Chairman of Las Vegas Sands Corp. ("LVSC") and members of his family.

3.      Defendants and Plaintiffs have agreed to the temporary assignment of Plaintiffs to plainclothes positions on the Special Duties Team.  Although Plaintiffs will remain EPT agents, they will be temporarily assigned to, and their duties will be limited to those of the Special Duties Team.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON
A Professional Corporation
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.

1         4.     This Temporary Restraining Order and Preliminary Injunction is effective upon entry

2    as Plaintiffs have posted a security bond with the Clerk of this Court in the amount of One Thousand

3    Dollars ($1,000) for the partial payment of such costs and damages, if any, as may be incurred or

4    suffered by Defendants if hereafter found to have been wrongfully restrained.

5

6                                 **IT IS SO ORDERED.**

7                                 DATED this _ 7th day of September, 2011.

8

9                                 PHILIP M. PRO

10                                UNITED STATES DISTRICT JUDGE

11   Jointly Submitted on September 6, 2011

12   CAMPBELL & WILLIAMS          LITTLER MENDELSON

13

14   /s/ Philip E. Erwin, Esq.            /s/ Patrick H. Hicks, Esq.

15   DONALD J. CAMPBELL, ESQ.     PATRICK H. HICKS, ESQ.
     PHILIP R. ERWIN, ESQ.         RICK D. ROSKELLEY, ESQ.

16   700 South Seventh Street        PETER D. NAVARRO, ESQ.
     Las Vegas, Nevada  89101       3960 Howard Hughes Parkway, Suite 300

17                                Las Vegas, Nevada  89169
     Attorneys for Plaintiffs

18                                Attorneys for Defendants

19   Firmwide:103624239.1 068538.1001

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.