PATRICK H. HICKS, ESQ., Bar # 4632
RICK D. ROSKELLEY, ESQ., Bar # 3192
PETER D. NAVARRO, ESQ., Bar # 10168
LITTLER MENDELSON
A Professional Corporation
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800

Attorneys for Defendants
LAS VEGAS SANDS CORP. AND VENETIAN CASINO RESORT, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT BURLINGAME, an individual; RICHARD CARTY, an individual; JAMES JACKSON, an individual; CHRISTOPHER LaCASCIA, an individual; JAMES MARTIN, an individual; JONATHAN MOLNAR, an individual; BENJAMIN NESS, an individual; DeJUAN ROBINSON, an individual; MICHAEL STATKIEWICZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS SANDS CORP., a Nevada corporation; LAS VEGAS SANDS, LLC a Nevada limited liability company, VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; ZOHAR LAHAV, in his individual and representative capacity,<br><br>Defendants. | Case No.  2:11-cv-00960-PMP-RJJ<br><br>**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

This matter came before the Court on August 2, 2011 by way of the Emergency Application for Temporary Restraining Order and Preliminary Injunction ("Application") [Doc. # 11] of Plaintiffs James Jackson, Christopher LaCascia, James Martin, Jonathan Molnar, and DeJuan Robinson ("Plaintiffs").  Plaintiffs were represented by Donald J. Campbell, Esq. and Philip R. Erwin, Esq. of Campbell & Williams.  Defendants Las Vegas Sands Corp. and Venetian Casino

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  Resort, LLC (collectively, "Defendants") were represented by Rick D. Roskelley, Esq. and Peter D.
2  Navarro, Esq. of Littler Mendelson.  Following the hearing counsel for Plaintiffs and Defendants
3  have agreed to and submitted a Proposed Temporary Restraining Order and Preliminary Injunction.
4        Upon careful consideration of the record before it, including Plaintiffs' Application,
5  Defendants' Opposition to the Application ("Opposition") [Doc. # 15], exhibits and declarations
6  submitted in support of the Opposition and Application, the arguments of counsel, and the parties'
7  Proposed Temporary Restraining Order and Preliminary Injunction, Plaintiffs' Application is
8  GRANTED to the limited extent set forth herein.
9        Based on the foregoing, IT IS HEREBY ORDERED that:
10       1.    Defendants are restrained from reassigning Plaintiffs to positions as uniformed
11 security officers.
12       2.    While thus restrained, Defendants are not required to place Plaintiffs in positions on
13 the Executive Protection Team ("EPT") where Plaintiffs provide protective services to or where they
14 are in direct contact with the Chairman of Las Vegas Sands Corp. ("LVSC") and members of his
15 family.
16       3.    Defendants and Plaintiffs have agreed to the temporary assignment of Plaintiffs to
17 plainclothes positions on the Special Duties Team.  Although Plaintiffs will remain EPT agents, they
18 will be temporarily assigned to, and their duties will be limited to those of the Special Duties Team.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4. This Temporary Restraining Order and Preliminary Injunction is effective upon entry as Plaintiffs have posted a security bond with the Clerk of this Court in the amount of One Thousand Dollars ($1,000) for the partial payment of such costs and damages, if any, as may be incurred or suffered by Defendants if hereafter found to have been wrongfully restrained.

**IT IS SO ORDERED.**

DATED this 7th day of September, 2011.

*Philip M. Pro*

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Jointly Submitted on September 6, 2011

| CAMPBELL & WILLIAMS | LITTLER MENDELSON |
|---|---|
| /s/ Philip E. Erwin, Esq. | /s/ Patrick H. Hicks, Esq. |
| DONALD J. CAMPBELL, ESQ.<br>PHILIP R. ERWIN, ESQ.<br>700 South Seventh Street<br>Las Vegas, Nevada  89101 | PATRICK H. HICKS, ESQ.<br>RICK D. ROSKELLEY, ESQ.<br>PETER D. NAVARRO, ESQ.<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, Nevada  89169 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

Firmwide:103624239.1 068538.1001

LITTLER MENDELSON
A Professional Corporation
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.