UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VINCENT BURLINGAME, et al., | |
| Plaintiffs, | 2:11-CV-00960-PMP-RJJ |
| v. | ORDER |
| LAS VEGAS SANDS CORPORATION, et al., | |
| Defendants. | |

On September 14, 2011, the Court entered a Protective Order (Doc. #54) in this case. The Court previously permitted the parties to file the briefing in connection with the proposed protective order conditionally under seal subject to later review.

IT IS THEREFORE ORDERED that counsel for the parties shall meet and confer, and shall file with the Court on or before October 10, 2011, unsealed redacted copies of Defendants' Motion for Protective Order (Doc. #23), Defendants' Letter (Doc. #27), Plaintiffs' Letter (Doc. #30), Plaintiffs' Opposition (Doc. #31), the Notice of Manual Filing (Doc. #32), the Declaration of Philip R. Erwin (Doc. #46), and the Proposed Protective Order (Doc. #47), which redact only matters subject to the Protective Order (Doc. #54).

DATED: September 26, 2011

_____
PHILIP M. PRO
United States District Judge