UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VINCENT BURLINGGAME, an individual; RICHARD CARTY, an individual; JAMES JACKSON, an individual; CHRISTOPHER LaCASCIA, an individual; JAMES MARTIN, an individual; JONATHAN MOLNAR, an individual; BENJAMIN NESS, an individual; DeJUAN ROBINSON, an individual; MICHAEL STATKIEWICZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS SANDS CORP., a Nevada corporation; LAS VEGAS SANDS, LLC a Nevada limited liability company, VENETIAN CASINO RESORT, LLC, a Nevada limited liability company; ZOHAR LAHAV, in his individual and representative capacity,<br><br>Defendants. | 2:11-CV-00960-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Defendant Zohar LaHav's fully briefed Motion to Dismiss (Doc. #17) and Plaintiffs' Countermotion for Leave to File an Amended Complaint (Doc. #26), and good cause appearing,

///

1 **IT IS ORDERED that** Plaintiffs' Countermotion for Leave to File an
2 Amended Complaint (Doc. #26) is **GRANTED.**
3 **IT IS FURTHER ORDERED that** Defendant Zohar LaHav's Motion to
4 Dismiss (Doc. #17) is **DENIED**.

6 DATED:  November 2, 2011.

_____
PHILIP M. PRO
United States District Judge