LIONEL SAWYER & COLLINS
Samuel S. Lionel (NSB #1766)
Charles H. McCrea, Jr. (NSB #104)
Doreen Spears Hartwell (NSB #7525)
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Tel   (702) 383-8888
Fax   (702) 383-8845

*Attorneys for Defendants*
*LAS VEGAS SANDS CORP.,*
*VENETIAN CASINO RESORT, LLC*
*and ZOHAR LAHAV*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT BURLINGAME, et al., Plaintiffs, vs. LAS VEGAS SANDS CORP., et al. Defendants. | Case No.: 2:11-cv-0960-PMP-RJJ |

## SUBSTITUTION OF ATTORNEYS

Defendants LAS VEGAS SANDS CORP., VENETIAN CASINO RESORT, LLC and ZOHAR LAHAV hereby substitute the law firm of LIONEL SAWYER & COLLINS, 300 South Fourth Street, Suite 1700, Las Vegas, Nevada 89101 (Telephone: 702-383-8888), as attorney of record in place and stead of the law firm of LITTLER MENDELSON.

DATED: December ___, 2011          LAS VEGAS SANDS CORP.

                                    By: _____
                                    Its: EVP + General Counsel

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST
LAS VEGAS,
NEVADA 89101
(702) 383-8888

SUBSTITUTION OF ATTORNEYS, Page 1 of 2

```
 1                                          VENETIAN CASINO RESORT, LLC
 2                                          By: _____
                                            Its: _____
 3
 4                                          _____
 5                                          ZOHAR LAHAV

 6   We consent to the above substitution.

 7                                          LITTLER MENDELSON
 8
                                            By: _____
 9                                              Patrick Hicks (NSB #4632)
                                                3860 Howard Hughes Parkway
10                                              Suite 300
                                                Las Vegas, Nevada 89169
11
12   We are duly admitted to practice in this District.

13   Above substitution accepted.

14                                          LIONEL SAWYER & COLLINS
15
                                            By: _____
16                                              Samuel S. Lionel (NSB #1766)
                                                Charles H. McCrea, Jr. (NSB #104)
17                                              Doreen Spears Hartwell (NSB #7525)
                                                1700 Bank of America Plaza
18                                              300 South Fourth Street
                                                Las Vegas, Nevada 89101
19
20                   APPROVED:

21   DATED: _____        _____
22                                UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28
```

SUBSTITUTION OF ATTORNEYS, Page 2 of 2

|    |    |
|----|----|
| 1  | VENETIAN CASINO RESORT, LLC |
| 2  | By: _____ |
| 3  | Its: _____ |
| 4  |    |
| 5  | ZOHAR LAHAV |
| 6  | We consent to the above substitution. |
| 7  |    |
| 8  | LITTLER MENDELSON |
| 9  | By: _____ |
|    | Patrick Hicks (NSB #4632) |
| 10 | 3860 Howard Hughes Parkway |
|    | Suite 300 |
| 11 | Las Vegas, Nevada 89169 |
| 12 | We are duly admitted to practice in this District. |
| 13 | Above substitution accepted. |
| 14 |    |
| 15 | LIONEL SAWYER & COLLINS |
|    | By: _____ |
| 16 | Samuel S. Lionel (NSB #1766) |
|    | Charles H. McCrea, Jr. (NSB #104) |
| 17 | Doreen Spears Hartwell (NSB #7525) |
|    | 1700 Bank of America Plaza |
| 18 | 300 South Fourth Street |
|    | Las Vegas, Nevada 89101 |
| 19 |    |
| 20 | APPROVED: |
| 21 | DATED: _December 13, 2011. |
|    | UNITED STATES DISTRICT JUDGE |

SUBSTITUTION OF ATTORNEYS, Page 2 of 2

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of LIONEL SAWYER & COLLINS and that on the 9th day of December, 2011, I caused to be served a true and correct copy of the foregoing SUBSTITUTION OF ATTORNEYS in the following manner:

Pursuant to FED. R. CIV. P. 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Donald J. Campbell
Philip R. Erwin
Campbell & Williams
700 South Seventh Street
Las Vegas, Nevada 89101

Patrick H. Hicks
Deborah L. Westbrook
Rick D. Roskelley
Kristina N. Escamilla
Peter D. Navarro
Littler Mendelson, PC
3960 Howard Hughes Parkway
Las Vegas, Nevada 89169

/s/ V. Raquell Calguire
An employee of
LIONEL SAWYER & COLLINS

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888