UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VINCENT BURLINGAME, et al., | |
| Plaintiffs, | 2:11-cv-00960-PMP-PAL |
| v. | |
| LAS VEGAS SANDS CORPORATION, et al., | ORDER |
| Defendants. | |

There having been no action in this case since the joint status report of the parties filed August 16, 2012 (Doc. #107), and it appearing this action is resolved,

IT IS ORDERED that this case is hereby DISMISSED.

DATED:  February 25, 2013

_____
PHILIP M. PRO
United States District Judge